Case 2:11-cv



JS6

FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDGELY CONLAN and LORI CONLAN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. a/k/a BAC HOME LOANS SERVICING, L.P.; RECONTRUST COMPANY, N.A.; and DOES 1-10,<br><br>        Defendants. | Case No.: CV11-03373 R<br>Honorable Manuel L. Real<br>Ctrm. 8<br><br>[PROPOSED] JUDGMENT DISMISSING ACTION IN FAVOR OF DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A. AND AGAINST PLAINTIFFS RIDGELY CONLAN AND LORI CONLAN<br><br>Date:    September 12, 2011<br>Time:    10:00 a.m.<br>Ctrm.:   8<br><br>Complaint Filed:  April 20, 2011 |

It appearing from the files and records in this action that on September 12, 2011, the Court heard oral argument in Defendant Bank of America, N.A.'s and Recontrust Company, N.A.'s Motion to Dismiss the Complaint filed by Plaintiffs Ridgely Conlan and Lori Conlan, and the Court granted the Motion, and that concurrently with the filing of this Judgment, the Court entered an Order granting Defendants' Motion to Dismiss, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED, ADJUDGED AND DECREED that Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP,

1   erroneously sued herein as Bank of America, N.A., a/k/a BAC Home Loans

2   Servicing, LP, and Recontrust Company, N.A. shall have Judgment entered in their

3   favor and against Plaintiffs Ridgely Conlan and Lori Conlan, that Ridgely Conlan

4   and Lori Conlan's Complaint shall be dismissed with prejudice, and Ridgely

5   Conlan and Lori Conlan shall take nothing from their Complaint, and that Bank of

6   America, N.A. and Recontrust Company, N.A. shall be entitled to recover their

7   costs.

8

9   DATED:  October 19, 2011

10

11                                                                _____

12                                                                HONORABLE MANUEL L. REAL
                                                                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28